CAMACHO CALVO LAW GROUP LLC

GERI E. DIAZ
*gdiaz@icclawgroup.com*
134 West Soledad Ave., Ste. 401
Hagåtña, GU 96910
Tel No. 671.472.6813
Fax No. 671.477.4375

Attorneys for Defendant
Tsang Brothers Corporation

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CHRISTINA AU,<br><br>              Plaintiff,<br><br>vs.<br><br>TSANG BROTHERS CORP.,<br><br>              Defendant. | CIVIL CASE NO. 15-00019<br><br>**ORDER**<br>Granting Stipulation to Amend<br>Scheduling and Planning Order |

The parties have stipulated to amend the existing Scheduling and Planning Order (ECF No. 19). *See* ECF No. 60. Good cause appearing, the court hereby grants the stipulation to amend the Scheduling and Planning Order and orders that the parties be guided by the following revised schedule during the course of this action:

| | |
|---|---|
| Expert Discovery:<br>    Exchange of Expert Disclosures<br>    Exchange of Rebuttal Expert Disclosures<br>    Expert Discovery Cut-off | <br>November 1, 2017<br>December 1, 2017<br>January 15, 2018 |
| Fact Discovery Cut-off: | December 15, 2017 |
| Pretrial Motions:<br>    Discovery Motion Cut-off<br>    Dispositive Motions Cut-off | <br>January 15, 2018<br>February 15, 2018 |
| Preliminary Pretrial Conferences:<br>    First | <br>December 7, 2017, at 11:30 a.m. |

| | |
|---|---|
| Second | March 29, 2018, at 11:00 a.m. |
| Third | July 12, 2018, at 11:00 a.m. |
| Pretrial Disclosures and Trial Briefs: | July 6, 2018 |
| Witness & Exhibit Lists, Exhibit Binders and Joint Proposed Pretrial Order: | July 23, 2018 |
| Objection to Opponent's Lists: | July 26, 2018 |
| Final Pretrial Conference: | July 30, 2018, at 9:30 a.m. |
| Bench Trial (5-6 days): | August 6, 2018, at 9:30 a.m. |

**IT IS SO ORDERED.**



/s/ Joaquin V.E. Manibusan, Jr.
**U.S. Magistrate Judge**
**Dated: Oct 11, 2017**